## Units Purchased vs Units Billed

| Drug Name | J Code | Year | Total Purchased Units | Total Billed Units | Over Billed Units |
|---|---|---|---|---|---|
| **Remicade/Infliximab** | **J1745** | 2001 | 120 | 0 | |
| | | 2002 | 360 | 733 | |
| | | 2003 | 1000 | 2016 | |
| | | 2004 | 6000 | 10190 | |
| | | 2005 | 11210 | 20610 | |
| | | 2006 | 4200 | 5690 | |
| | **J1745** | **Total** | **22890** | **39239** | **-16349** |
| **Procrit/Epoetin Alfa** | **Q0136/J0885** | 2001 | 800 | 0 | |
| | | 2002 | 5760 | 6521 | |
| | | 2003 | 2560 | 2360 | |
| | | 2004 | 2240 | 4985 | |
| | | 2005 | 1920 | 4700 | |
| | | 2006 | 960 | 1570 | |
| | **Q0136/J0885** | **Total** | **14240** | **20136** | **-5896** |
| **Onxol/Paclitaxel** | **J9265** | 2002 | 197 | 268 | |
| | | 2003 | 250 | 360 | |
| | | 2004 | 107 | 235 | |
| | | 2005 | 0 | 10 | |
| | | 2006 | 214 | 219 | |
| | **J9265** | **Total** | **768** | **1092** | **-324** |
| **Gemzar/Gemcitabine** | **J9201** | 2001 | 30 | 0 | |
| | | 2002 | 240 | 253 | |
| | | 2003 | 550 | 520 | |
| | | 2004 | 200 | 619 | |
| | | 2005 | 100 | 283 | |
| | | 2006 | 105 | 179 | |
| | **J9201** | **Total** | **1225** | **1854** | **-629** |

ATTACHMENT A

**Units Purchased vs Units Billed**

| Drug Name | J Code | Year | Total Purchased Units | Total Billed Units | Over Billed Units |
|---|---|---|---|---|---|
| **Navelbine/Vinorelbine** | **J9390** | 2002 | 165 | 128 | |
| | | 2003 | 250 | 260 | |
| | | 2004 | 325 | 288 | |
| | | 2005 | 50 | 150 | |
| | | 2006 | 50 | 104 | |
| | **J9390** | **Total** | **840** | **930** | **-90** |
| **Immune Globulin** | **J1563 / Q9943** | 2002 | 0 | 0 | |
| | | 2003 | 800 | 196 | |
| | | 2004 | 2000 | 4701 | |
| | | 2005 | 2900 | 6445 | |
| | | 2006 | 2130 | 516 | |
| | **J1563 / Q9943** | **Total** | **7830** | **11858** | **-4028** |
| **Paraplatin/Carboplatin** | **J9045** | 2002 | 495 | 609 | |
| | | 2003 | 420 | 448 | |
| | | 2004 | 315 | 398 | |
| | | 2005 | 228 | 285 | |
| | | 2006 | 339 | 421 | |
| | **J9045** | **Total** | **1797** | **2161** | **-364** |
| **Ferrlecit/Sodium Ferric** | **J2916** | 2002 | 0 | 0 | |
| | | 2003 | 550 | 243 | |
| | | 2004 | 750 | 1976 | |
| | | 2005 | 850 | 1310 | |
| | | 2006 | 1500 | 1373 | |
| | **J2916** | **Total** | **3650** | **4902** | **-1252** |

**Units Purchased vs Units Billed**

| Drug Name | J Code | Year | Total Purchased Units | Total Billed Units | Over Billed Units |
|---|---|---|---|---|---|
| **Zofran/Ondansetron** | **J2405** | 2001 | 800 | 0 | |
| | | 2002 | 3600 | 4467 | |
| | | 2003 | 4000 | 5114 | |
| | | 2004 | 5400 | 7580 | |
| | | 2005 | 4000 | 6226 | |
| | | 2006 | 3000 | 4014 | |
| | **J2405** | **Total** | **20800** | **27401** | **-6601** |
| **Leucovorin** | **J0640** | 2002 | 210 | 557 | |
| | | 2003 | 300 | 630 | |
| | | 2004 | 100 | 2380 | |
| | | 2005 | 0 | 1872 | |
| | | 2006 | 100 | 272 | |
| | **J0640** | **Total** | **710** | **5711** | **-5001** |
| **Eloxatin/Oxaliplatin** | **J9263** | 2002 | 0 | 0 | |
| | | 2003 | 3400 | 0 | |
| | | 2004 | 7500 | 32091 | |
| | | 2005 | 6000 | 26201 | |
| | | 2006 | 0 | 3880 | |
| | **J9263** | **Total** | **16900** | **62172** | **-45272** |