**Total Units Billed To Insurance Carriers**

| Drug Name | Year | Units Purchased | Medicare Units Billed | Medicare Paid Amount | Medicaid Units Billed | Medicaid Paid Amount | BCBS Units Billed | BCBS Paid Amount | UHC Comm Units Billed | UHC Comm Paid Amount | UHC UNET Units Billed | UHC UNET Paid Amount | NHPRI Units Billed | NHPRI Paid Amount | Total Units Billed | Total Paid Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Remicade | 2001 & 2002 | 480 | 666 | $35,004.96 | 36 | $2,396.52 | 31 | $3,691.61 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 733 | |
| (Infliximab) | 2003 | 1000 | 756 | $39,723.81 | 1260 | $83,878.20 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2016 | |
| | 2004 | 6000 | 4770 | $224,330.79 | 3200 | $213,024.00 | 120 | $7,044.00 | 510 | $35,271.60 | 0 | $0.00 | 1590 | $95,459.06 | 10190 | |
| J1745 | 2005 | 11210 | 9960 | $423,870.85 | 5650 | $299,902.00 | 1900 | $111,530.00 | 2420 | $152,443.00 | 0 | $0.00 | 680 | $42,116.18 | 20610 | |
| | 2006 | 4200 | 2360 | $101,007.65 | 2200 | $116,776.00 | 350 | $16,670.80 | 560 | $32,760.00 | 60 | $1,070.42 | 160 | $9,404.80 | 5690 | |
| | Total | 22890 | 18512 | $823,938.06 | 12346 | $715,976.72 | 2401 | $138,936.41 | 3490 | $220,474.60 | 60 | $1,070.42 | 2430 | $146,980.04 | 39239 | $2,047,376.25 |
| Procrit | 2001 & 2002 | 6560 | 3641 | $36,122.59 | 120 | $950.40 | 40 | $1,149.44 | 1680 | $21,504.00 | 600 | $7,912.80 | 440 | $3,484.80 | 6521 | |
| (Epoetin) | 2003 | 2560 | 2080 | $21,116.16 | 120 | $1,603.20 | 40 | $865.36 | 80 | $1,089.60 | 0 | $0.00 | 40 | $316.80 | 2360 | |
| | 2004 | 2240 | 1980 | $18,406.08 | 1445 | $19,305.20 | 1120 | $15,590.24 | 440 | $5,418.24 | 0 | $0.00 | 0 | $371.84 | 4985 | |
| Q0136 | 2005 | 1920 | 1600 | $12,075.27 | 1680 | $22,444.80 | 1100 | $13,383.92 | 40 | $544.80 | 280 | $3,813.60 | 0 | $0.00 | 4700 | |
| J0885 | 2006 | 960 | 910 | $6,567.51 | 400 | $20,500.00 | 240 | $2,960.77 | 0 | $0.00 | 20 | $292.00 | 0 | $0.00 | 1570 | |
| | Total | 14240 | 10211 | $94,287.61 | 3765 | $64,803.60 | 2540 | $33,949.73 | 2240 | $28,556.64 | 900 | $12,018.40 | 480 | $4,173.44 | 20136 | $237,789.42 |
| Onxol | 2002 | 197 | 74 | $10,271.20 | 86 | $15,706.18 | 0 | $0.00 | 68 | $11,398.80 | 0 | $0.00 | 40 | $6,344.40 | 268 | |
| (Paclitaxel) | 2003 | 250 | 0 | $0.00 | 324 | $59,172.12 | 0 | $0.00 | 36 | $6,203.88 | 0 | $0.00 | 0 | $0.00 | 360 | |
| | 2004 | 107 | 0 | $0.00 | 153 | $27,942.39 | 82 | $14,163.04 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 235 | |
| J9265 | 2005 | 0 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 10 | $1,723.30 | 0 | $0.00 | 10 | |
| | 2006 | 214 | 184 | $2,233.63 | 0 | $0.00 | 35 | $6,134.73 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 219 | |
| | Total | 768 | 258 | $12,504.83 | 563 | $102,820.69 | 117 | $20,297.77 | 104 | $17,602.68 | 10 | $1,723.30 | 40 | $6,344.40 | 1092 | $161,293.67 |
| Gemzar | 2001 & 2002 | 270 | 0 | $0.00 | 20 | $1,582.00 | 0 | $0.00 | 126 | $14,502.66 | 0 | $0.00 | 107 | $8,463.70 | 253 | |
| (Gemcitabine) | 2003 | 550 | 300 | $30,688.11 | 170 | $13,447.00 | 0 | $484.04 | 0 | $0.00 | 0 | $0.00 | 50 | $4,681.06 | 520 | |
| | 2004 | 200 | 439 | $36,964.12 | 180 | $14,238.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $2,747.48 | 619 | |
| J9201 | 2005 | 100 | 71 | $6,582.42 | 212 | $24,089.68 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 283 | |
| | 2006 | 105 | 169 | $15,965.94 | 10 | $1,153.40 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 179 | |
| | Total | 1225 | 979 | $90,200.59 | 592 | $54,510.08 | 0 | $484.04 | 126 | $14,502.66 | 0 | $0.00 | 157 | $15,892.24 | 1854 | $175,589.61 |
| Navelbine | 2002 | 165 | 12 | $953.10 | 0 | $0.00 | 0 | $0.00 | 51 | $5,005.55 | 0 | $0.00 | 65 | $3,528.20 | 128 | |
| (Vinorelbine) | 2003 | 250 | 185 | $13,882.98 | 45 | $2,442.60 | 0 | $99.28 | 0 | $0.00 | 0 | $0.00 | 30 | $1,896.48 | 260 | |
| | 2004 | 325 | 208 | $12,678.02 | 80 | $4,342.40 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $914.28 | 288 | |
| J9390 | 2005 | 50 | 70 | $2,392.27 | 80 | $5,527.20 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 150 | |
| | 2006 | 50 | 89 | $2,537.52 | 15 | $1,036.35 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 104 | |
| | Total | 840 | 564 | $32,443.89 | 220 | $13,348.55 | 0 | $99.28 | 51 | $5,005.55 | 0 | $0.00 | 95 | $6,338.96 | 930 | $57,236.23 |

ATTACHMENT B

## Total Units Billed To Insurance Carriers

| Drug Name | Year | Units Purchased | Medicare Units Billed | Medicare Paid Amount | Medicaid Units Billed | Medicaid Paid Amount | BCBS Units Billed | BCBS Paid Amount | UHC Comm Units Billed | UHC Comm Paid Amount | UHC UNET Units Billed | UHC UNET Paid Amount | NHPRI Units Billed | NHPRI Paid Amount | Total Units Billed | Total Paid Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Immune Globulin | 2002 | 0 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | |
| | 2003 | 800 | 196 | $12,289.99 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 196 | |
| J1563 | 2004 | 2000 | 1 | $52.80 | 400 | $19,400.00 | 4300 | $311,887.80 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 4701 | |
| Q9943 | 2005 | 2900 | 10 | $433.59 | 20 | $800.40 | 6175 | $500,514.41 | 0 | $0.00 | 240 | $22,401.60 | 0 | $0.00 | 6445 | |
| | 2006 | 2130 | 0 | $0.00 | 0 | $0.00 | 516 | $51,899.30 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 516 | |
| | Total | 7830 | 207 | $12,776.38 | 420 | $20,200.40 | 10991 | $864,301.51 | 0 | $0.00 | 240 | $22,401.60 | 0 | $0.00 | 11858 | $919,679.89 |
| Paraplatin | 2002 | 495 | 255 | $25,775.86 | 187 | $18,023.06 | 25 | $3,385.02 | 94 | $12,428.02 | 0 | $0.00 | 48 | $4,626.24 | 609 | |
| (Carboplatin) | 2003 | 420 | 42 | $4,568.62 | 385 | $37,106.30 | 0 | $0.00 | 21 | $3,005.73 | 0 | $0.00 | 0 | $0.00 | 448 | |
| | 2004 | 315 | 18 | $1,826.35 | 297 | $28,624.86 | 83 | $12,948.00 | 0 | $0.00 | 0 | $0.00 | 0 | $177.56 | 398 | |
| J9045 | 2005 | 228 | 148 | $4,985.34 | 118 | $14,601.83 | 12 | $1,872.00 | 0 | $0.00 | 7 | $1,001.91 | 0 | $0.00 | 285 | |
| | 2006 | 339 | 255 | $2,662.77 | 32 | $4,015.04 | 134 | $13,881.90 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 421 | |
| | Total | 1797 | 718 | $39,818.94 | 1019 | $102,371.09 | 254 | $32,086.92 | 115 | $15,433.75 | 7 | $1,001.91 | 48 | $4,803.80 | 2161 | $195,516.41 |
| Ferrlecit | 2002 | 0 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | |
| (Sodium Ferric) | 2003 | 550 | 80 | $522.88 | 3 | $129.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 160 | $4,014.40 | 243 | |
| | 2004 | 750 | 380 | $2,222.24 | 110 | $692.40 | 560 | $2,731.68 | 160 | $4,320.00 | 6 | $61.00 | 760 | $7,899.80 | 1976 | |
| J2916 | 2005 | 850 | 170 | $649.17 | 370 | $1,787.10 | 460 | $3,672.20 | 0 | $0.00 | 50 | $1,350.00 | 260 | $1,900.60 | 1310 | |
| | 2006 | 1500 | 150 | $592.20 | 517 | $2,497.11 | 386 | $2,632.09 | 120 | $584.60 | 100 | $2,256.00 | 100 | $731.00 | 1373 | |
| | Total | 3650 | 780 | $3,986.49 | 1000 | $5,105.61 | 1406 | $9,035.97 | 280 | $4,904.60 | 156 | $3,667.00 | 1280 | $14,545.80 | 4902 | $41,245.47 |
| Zofran | 2001 & 2002 | 4400 | 1410 | $6,869.48 | 800 | $4,664.00 | 216 | $1,562.68 | 800 | $5,025.44 | 636 | $4,076.76 | 605 | $3,853.85 | 4467 | |
| (Ondansetron) | 2003 | 4000 | 2496 | $12,144.61 | 2112 | $12,312.96 | 32 | $505.16 | 224 | $1,435.84 | 0 | $0.00 | 250 | $1,709.44 | 5114 | |
| | 2004 | 5400 | 3344 | $14,895.70 | 1922 | $11,205.26 | 1486 | $9,125.30 | 672 | $3,979.36 | 72 | $461.52 | 84 | $892.18 | 7580 | |
| J2405 | 2005 | 4000 | 4013 | $12,028.07 | 1315 | $7,666.45 | 390 | $2,800.91 | 240 | $1,585.60 | 248 | $1,589.68 | 20 | $127.40 | 6226 | |
| | 2006 | 3000 | 1940 | $5,770.66 | 522 | $3,043.26 | 1373 | $9,022.60 | 0 | $0.00 | 112 | $631.95 | 67 | $426.79 | 4014 | |
| | Total | 20800 | 13203 | $51,708.52 | 6671 | $38,891.93 | 3497 | $23,016.65 | 1936 | $12,026.24 | 1068 | $6,759.91 | 1026 | $7,009.66 | 27401 | $139,412.91 |
| Leucovorin | 2002 | 210 | 230 | $3,223.68 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 327 | $4,938.09 | 0 | $0.00 | 557 | |
| | 2003 | 300 | 630 | $4,355.65 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 630 | |
| J0640 | 2004 | 100 | 1174 | $2,853.60 | 20 | $394.80 | 784 | $13,374.24 | 402 | $7,054.86 | 0 | $0.00 | 0 | $0.00 | 2380 | |
| | 2005 | 0 | 1688 | $1,749.18 | 60 | $78.00 | 124 | $2,389.26 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1872 | |
| | 2006 | 100 | 136 | $133.42 | 40 | $52.00 | 96 | $1,773.96 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 272 | |
| | Total | 710 | 3858 | $12,315.53 | 120 | $524.80 | 1004 | $17,537.46 | 402 | $7,054.86 | 327 | $4,938.09 | 0 | $0.00 | 5711 | $42,370.74 |
| Eloxatin | 2002 | 0 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | |
| (Oxaliplatin) | 2003 | 3400 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | |
| | 2004 | 7500 | 16687 | $112,804.12 | 0 | $0.00 | 10750 | $106,536.92 | 4654 | $43,084.65 | 0 | $0.00 | 0 | $0.00 | 32091 | |
| J9263 | 2005 | 6000 | 23501 | $156,338.29 | 900 | $7,416.00 | 1800 | $26,514.83 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 26201 | |
| | 2006 | 0 | 1960 | $13,444.04 | 600 | $4,944.00 | 1320 | $13,471.56 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 3880 | |
| | Total | 16900 | 42148 | $282,586.45 | 1500 | $12,360.00 | 13870 | $146,523.31 | 4654 | $43,084.65 | 0 | $0.00 | 0 | $0.00 | 62172 | $484,554.41 |