## Dr. Wehbe Over Payment By Drug

| J Code | Drug Name | Year | Purchased Units | Units Billed | Total Paid Amount | Purchased Units vs. Units Billed | Average Paid Unit | Carrier Over Payment |
|---|---|---|---|---|---|---|---|---|
| J1745 | Remicade | 2001 & 2002 | 480 | 733 | | | | |
| | | 2003 | 1000 | 2016 | | | | |
| | | 2004 | 6000 | 10190 | | | | |
| | | 2005 | 11210 | 20610 | | | | |
| | | 2006 | 4200 | 5690 | | | | |
| | | **TOTAL** | **22890** | **39239** | **$2,047,376.25** | **16349** | **$52.18** | **$853,043.00** |
| Q0136<br>J0885 | Procrit (Epoetin) | 2001 & 2002 | 6560 | 6521 | | | | |
| | | 2003 | 2560 | 2360 | | | | |
| | | 2004 | 2240 | 4985 | | | | |
| | | 2005 | 1920 | 4700 | | | | |
| | | 2006 | 960 | 1570 | | | | |
| | | **TOTAL** | **14240** | **20136** | **$237,789.42** | **5896** | **$11.81** | **$69,626.86** |
| J9265 | Paclitaxel | 2002 | 197 | 268 | | | | |
| | | 2003 | 250 | 360 | | | | |
| | | 2004 | 107 | 235 | | | | |
| | | 2005 | 0 | 10 | | | | |
| | | 2006 | 214 | 219 | | | | |
| | | **TOTAL** | **768** | **1092** | **$161,293.67** | **324** | **$147.70** | **$47,856.36** |
| J9201 | Gemcitabine | 2001 & 2002 | 270 | 253 | | | | |
| | | 2003 | 550 | 520 | | | | |
| | | 2004 | 200 | 619 | | | | |
| | | 2005- | 100 | 283 | | | | |
| | | 2006 | 105 | 179 | | | | |
| | | **TOTAL** | **1225** | **1854** | **$175,589.61** | **629** | **$94.71** | **$59,571.66** |
| J9390 | Vinorelbine | 2002 | 165 | 128 | | | | |
| | | 2003 | 250 | 260 | | | | |
| | | 2004 | 325 | 288 | | | | |
| | | 2005 | 50 | 150 | | | | |
| | | 2006 | 50 | 104 | | | | |
| | | **TOTAL** | **840** | **930** | **$57,236.23** | **90** | **$61.54** | **$5,538.99** |

ATTACHMENT C

## Dr. Wehbe Over Payment By Drug

| J Code | Drug Name | Year | Purchased Units | Units Billed | Total Paid Amount | Purchased Units vs. Units Billed | Average Paid Unit | Carrier Over Payment |
|---|---|---|---|---|---|---|---|---|
| J1563 | Immunoglobulin | 2002 | 0 | 0 | | | | |
| Q9943 | | 2003 | 800 | 196 | | | | |
| | | 2004 | 2000 | 4701 | | | | |
| | | 2005 | 2900 | 6445 | | | | |
| | | 2006 | 2130 | 516 | | | | |
| | | Total | 7830 | 11858 | $919,679.89 | 4028 | $77.56 | $312,402.65 |
| J9045 | Carboplatin | 2002 | 495 | 609 | | | | |
| | | 2003 | 420 | 448 | | | | |
| | | 2004 | 315 | 398 | | | | |
| | | 2005 | 228 | 285 | | | | |
| | | 2006 | 339 | 421 | | | | |
| | | TOTAL | 1797 | 2161 | $195,516.41 | 364 | $90.47 | $32,932.89 |
| J2916 | Sodium Ferric | 2002 | 0 | 0 | | | | |
| | | 2003 | 550 | 243 | | | | |
| | | 2004 | 750 | 1976 | | | | |
| | | 2005 | 850 | 1310 | | | | |
| | | 2006 | 1500 | 1373 | | | | |
| | | TOTAL | 3650 | 4902 | $41,245.47 | 1252 | $8.41 | $10,534.34 |
| J2405 | Odansetron | 2001 & 2002 | 4400 | 4467 | | | | |
| | | 2003 | 4000 | 5114 | | | | |
| | | 2004 | 5400 | 7580 | | | | |
| | | 2005- | 4000 | 6226 | | | | |
| | | 2006 | 3000 | 4014 | | | | |
| | | TOTAL | 20800 | 27401 | $139,412.91 | 6601 | $5.09 | $33,585.07 |
| J0640 | Leucovorin | 2002 | 210 | 557 | | | | |
| | | 2003 | 300 | 630 | | | | |
| | | 2004 | 100 | 2380 | | | | |
| | | 2005 | 0 | 1872 | | | | |
| | | 2006 | 100 | 272 | | | | |
| | | TOTAL | 710 | 5711 | $42,370.74 | 5001 | $7.42 | $37,103.15 |

**Dr. Wehbe Over Payment By Drug**

| J Code | Drug Name | Year | Purchased Units | Units Billed | Total Paid Amount | Purchased Units vs. Units Billed | Average Paid Unit | Carrier Over Payment |
|---|---|---|---|---|---|---|---|---|
| J9263 | Oxalipatin | 2002 | 0 | 0 | | | | |
| | | 2003 | 3400 | 0 | | | | |
| | | 2004 | 7500 | 32091 | | | | |
| | | 2005 | 6000 | 26201 | | | | |
| | | 2006 | 0 | 3880 | | | | |
| | | TOTAL | 16900 | 62172 | $484,554.41 | 45272 | $7.79 | $352,839.66 |
| | | | | | | | Total Over Payment | $1,815,034.63 |