Property of U.S. District Court
District of Rhode Island
APR 8 2008
RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff

v.

REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND;

REAL PROPERTY LOCATED AT 566 EAST SHORE ROAD, JAMESTOWN RHODE ISLAND;

REAL PROPERTY LOCATED AT 6 PINE TREE LANE, LINCOLN, RHODE ISLAND;

REAL PROPERTY LOCATED AT 15 DENNELL DRIVE, LINCOLN, RHODE ISLAND;

REAL PROPERTY LOCATED AT 78 FARNUM PIKE, SMITHFIELD, RHODE ISLAND AND FURTHER DESIGNATED AS CONDOMINIUM UNITS NUMBERS 2, 4, 5, 6, AND 7; AND

ALL FUNDS IN CITIZEN BANK ACCOUNT NUMBER 994-984-4 IN THE NAME OF TAREK WEHBE OF [redacted] PINE TREE LANE, [redacted]

Defendants

Civil Action No. CA 08 125 ML

**REDACTED**

TO: THE MARSHAL OF THE UNITED STATES AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on April 8, 2008, the United States of America filed a Verified Complaint for Forfeiture In Rem in the United States District Court for the District of Rhode Island against the above-named defendant properties, alleging that said properties are subject to

civil forfeiture to the United States for the reasons set forth in the complaint;

WHEREAS, the Defendant Citizens Bank Account Number 994-984-4 ("Defendant Bank Account") is in the possession, custody, or control of Citizens Bank;

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) authorizes the issuance of an arrest warrant *in rem* for the arrest of the Defendant Bank Account; and

WHEREAS, the Court is satisfied that based on the complaint, there is probable cause and a reasonable basis to believe that the funds in the account are proceeds tracable to or constitute property derived from proceeds tracable to violations of 18 U.S.C. §§ 1956, 1347, and/or 1343 and is subject to forfeiture under 18 U.S.C § 981(a)(1)(A) and (C);

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that until such time at ordered otherwise by the Court, the financial institution having custody and control over the Defendant Bank Account shall not allow any party to withdraw funds from this account, to debit, remove, or otherwise reduce the sum in this account in any manner, and that deposits may be made to the account and that interest may accrue on the account.

United States Magistrate Judge