IN THE DISTRICT COURT OF THE UNITED STATES
FOR DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND;

REAL PROPERTY LOCATED AT 566 EAST SHORE ROAD, JAMESTOWN, RHODE ISLAND;

REAL PROPERTY LOCATED AT 6 PINE TREE LANE, LINCOLN, RHODE ISLAND;

REAL PROPERTY LOCATED AT 15 DENNELL DRIVE, LINCOLN, RHODE ISLAND;

REAL PROPERTY LOCATED AT 78 FARNUM PIKE SMITHFIELD, RHODE ISLAND AND FURTHER DESIGNATED AS CONDOMINIUM UNITS NUMBERS 2,4,5,6 AND 7;

ALL FUNDS IN CITIZEN BANK ACCOUNT NUMBER ***** IN THE NAME OF TAREK WEHBE,

Defendants.

**CIVIL NO. 08-0125**

**VERIFIED CLAIM OF SOVEREIGN BANK**

TO: PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sovereign Bank has an interest in the defendant property located at 6 Pine Tree Lane, Lincoln, Rhode Island.

1. On or about September 26, 2007, Tarek W. Wehbe and Mathilda J. Wehbe executed and delivered to Sovereign Bank a promissory note (the "note") with a maximum principal amount of $441,000.00. A copy of the note is attached hereto as exhibit A.

2. The note was and is secured by a mortgage dated September 26, 2007, recorded in Book 1483 at Page 227 with the Lincoln Land Evidence Records (the "mortgage"). A copy of the mortgage is attached hereto as exhibit B.

3. As of April 30, 2008, the principal due and owing under the note is $434,500.00 and the interest due and owing is $2,073.37. Interest will continue to accrue under the note at a rate of $59.24 per diem from April 30, 2008.

4. By virtue of Sovereign Bank's interest in the defendant property, Sovereign Bank demands restitution and the right to defend this action.

Respectfully submitted,
SOVEREIGN BANK,
By its attorney:

Holly L. Ceritto
MARINOSCI TIERNAN & CERITTO, P.C.
1575 South County Trail
East Greenwich, RI 02818
(401) 234-9200

Dated: April 30, 2008