IN THE DISTRICT COURT OF THE UNITED STATES
FOR DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND;

REAL PROPERTY LOCATED AT 566 EAST SHORE ROAD, JAMESTOWN, RHODE ISLAND;

REAL PROPERTY LOCATED AT 6 PINE TREE LANE, LINCOLN, RHODE ISLAND;

REAL PROPERTY LOCATED AT 15 DENNELL DRIVE, LINCOLN, RHODE ISLAND;

REAL PROPERTY LOCATED AT 78 FARNUM PIKE SMITHFIELD, RHODE ISLAND AND FURTHER DESIGNATED AS CONDOMINIUM UNITS NUMBERS 2,4,5,6 AND 7;

ALL FUNDS IN CITIZEN BANK ACCOUNT NUMBER ***** IN THE NAME OF TAREK WEHBE,

Defendants.

**CIVIL NO. 08-0125**

ANSWER OF SOVEREIGN BANK TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

Sovereign Bank, a federally chartered savings bank, as Claimant, having previously filed its verified claim in the above-matter with respect to the Defendants-in-

Rem real property only, located at 6 Pine Tree Lane, Lincoln, Rhode Island (the "Property"), responds to Plaintiff's Verified Complaint as follows:

Claimant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraphs 1 through 13, inclusive of Plaintiff's Verified Complaint, and all of said averments are therefore denied.

AFFIRMATIVE DEFENSE

Claimant hereby asserts the Innocent Owner defense under Title 18, 983(d)(3)(A) as its mortgage interest in the Property was acquired subsequent to the conduct giving rise to the forfeiture having taken place, and Claimant did not know and was reasonably without cause to believe that the Property was subject to forfeiture.

WHEREFORE, with respect to the Defendant-in-Rem Real Property, Claimant respectfully requests that this court find:

a. that Claimant has a valid property interest in and to said Property to the extent of the total balance secured by its mortgage thereon;

b. that Claimant's interest in the Property is an "innocent owner" property interest that is not subject to forfeiture; and

c. that Claimant's interest in the Property has priority over any interest that Plaintiff may acquire therein by virtue of any forfeiture ordered by this court.

SOVEREIGN BANK
By its attorneys
MARINOSCI TIERNAN & CERITTO, P.C.

Holly L. Ceritto
1576 South County Trail
East Greenwich, RI 02818
(401) 234-9200

Dated: April 30, 2008

CERTIFICATE OF SERVICE

I, Holly L. Ceritto, Esq., hereby certify that on April 30, 2008, a true copy of Sovereign Bank's Verified Claim and Answer to Plaintiff's Verified Complaint for Forfeiture in Rem, was served, by mailing First Class Mail, Postage Prepaid to:

Milind M. Shah
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
Kennedy Plaza, 8th Floor
Providence, RI 02903

Holly L. Ceritto