IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>REAL PROPERTY LOCATED AT<br>1630 MINERAL SPRING AVENUE,<br>NORTH PROVIDENCE, RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT 566<br>EAST SHORE ROAD, JAMESTOWN<br>RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>6 PINE TREE LANE, LINCOLN<br>RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>15 DENNELL DRIVE, LINCOLN,<br>RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>78 FARNUM PIK, SMITHFIELD,<br>RHODE ISLAND AND FURTHER<br>DESIGNATED AS CONDOMINIUM<br>UNITS NUMBERS 2, 4, 5, 6 AND 7;<br>AND<br><br>ALL FUNDS IN CITIZEN BANK<br>ACCOUNT NUMBER *********IN<br>THE NAME OF TAREK WEHBE OF<br>*******************************<br>*******************************<br>Defendants | : | Civil Action No. 08-0125ML |

**VERIFIED CLAIM**

Claimant Superb Builders, Inc. hereby submits its Verified Claim in connection with the Complaint for Forfeiture Against Real Property filed by the Plaintiff on or about April 8, 2008 and states as follows:

1. Claimant Superb Builders, Inc. is a corporation duly licensed and authorized to do business in the State of Rhode Island, and with a principal place of business located at 6 Red Brook Crossing, in Lincoln, Rhode Island.

2. Harry Zervas is the President of Superb Builders, Inc.

3. Superb Builders, Inc. and Summerfield Estates, LLC own certain real property located at 15 Dennell Drive in Lincoln, Rhode Island as Tenants in Common. Said property is further identified as: two certain tracts or parcels of land, located in the rear of the Comstock Farm, in the Town of Lincoln, County of Providence, State of Rhode Island, and bounded and described as follows:

> Two certain tracts or parcels of land, located in the rear of the Comstock Farm, in the Town of Lincoln, County of Providence, State of rhode Island, and bounded and described as follows: The first lot begins at the north-west corner of said lot, at a stone; a bound of land formerly owned by Mary Burgess, wife of Tristam Burgess; thence running S. 84 ½° E. and bounded northerly by land now or formerly of the State of Anthony Angell, thirty six (36) rods, and twenty-two (22) links, to an old chestnut stump; thence running S. 86° E with said Angell land, four (4) roads, and eight (8) links, to a stone set in the ground; thence running S. 2° W., two (2) rods, to a corner of land formerly belonging to the Heirs of Joseph Whipple; thence running S. 16 ½ ° E., bounded easterly by said Whipple land; fourteen (14) rods, and five (5) links, to a corner of land formerly belonging to the Heirs of Nathaniel Angell; thence running S. 64° W., with said Angell land, to a stone bound at the corner of the above named Burgess land; thence running N. 20° W., bounded westerly by said Burgess land, about thirty-seven (37) rods to the point of beginning, and contains about five and ¾ (5-3/4) acres of land.
>
> The second lot begins at a stone set in the ground at the south-west corner of the first tract hereinbefore described; thence running S. 64° W., twenty-two (22) rods, then ten (10) links, to stake and stones; thence running westerly about five hundred ninety (590) feet to a stone at the south-west corner of this lot; thence running N. 4° E., twenty one (21) rods and twenty-six (26) links, to a stone; thence running N. 36° E., nine and ½ (9-1/2) rods to a stone; thence running N. 4° E.,

three (3) and ten (10) links, to a stone at the north-west corner of the first tract hereinbefore described; thence running southerly bounded easterly by said first tract, about thirty-seven (37) rods to the point of beginning, and contains about twelve and ¼ (12-1/4) Acres of land.

Also, certain triangular tract of land, lying westerly from the Louisquisset Pike in the Town of Lincoln, County of Providence, in the State of Rhode Island, and is bounded and described as follows:

Beginning at the northeasterly corner of the within described land at a stone, and being a corner of land now or lately of Anna B. Comstock and land now or formerly of Jennie Cimini; thence S. 65° E. bounding northeasterly by land now or lately of Anna B. Comstock and land now or lately of Jennie Cimini, five hundred and thirty-two (532) feet to an iron pope in the ground; thence N. 88° W. bounding southerly by land now or lately of Jennie Cimini four hundred and thirty-eight (438) feet to an iron pope set in the ground at the southeasterly corner of land not or lately of Jennie Cimini; thence N. 12° E. two hundred and thirty (230) feet to the place of beginning and containing 1.13 acres, more or less.

Excluding from the above parcels the premises conveyed by Albina Lems to Daniel J. Sullivan Jr. and Kathleen M. Sullivan by deed dated September 15, 1993 and recorded in Book 386 at Page 83.

4. Upon information and belief, Summerfield Estates, LLC is a Rhode Island limited liability company.

5. Upon information and belief, Dr. Tarek Wehbe is a member of Summerfield Estates, LLC.

6. Neither Superb Builders, Inc. nor its President, Harry Zervas are members of Summerfield Estates, LLC.

7. Dr. Tarek Wehbe is not an officer, member, manager, shareholder or employee of Superb Builders, Inc.

WHEREFORE, Claimant Superb Builders, Inc. hereby submits this claim for its share of the subject real property which Superb Builders, Inc. lawfully acquired and owns.

Superb Builders, Inc.,
By its Attorney,

/s/ *Matthew T. Oliverio*

Matthew T. Oliverio (#3372)
Julie P. Hamil (#6887)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 15, 2008

WHEREFORE, Claimant Superb Builders, Inc. hereby submits this claim for its share of the subject real property which Superb Builders, Inc. lawfully acquired and owns.

Superb Builders, Inc.,
By its Attorney,

Matthew T. Oliverio (#3372)
Julie P. Hamil (#6887)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 14, 2008

**VERIFICATION**

I, Harry Zervas, President of Superb Builders, Inc., under the pains and penalties of perjury, verify that the allegations set forth in this Verified Complaint are true and accurate based upon my best information, understanding and belief.

Harry Zervas

**CERTIFICATION**

I hereby certify that the foregoing *VERIFIED CLAIM* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 15th day of May, 2008.

Milind M. Shah
Assistant U.S. Attorney
milind.shah@usdoj.gov

/s/ *Matthew T. Oliverio*