IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | : | |
| v. | : | Civil Action No. 08-0125ML |
| REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT 566 EAST SHORE ROAD, JAMESTOWN RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT 6 PINE TREE LANE, LINCOLN RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT 15 DENNELL DRIVE, LINCOLN, RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT 78 FARNUM PIK, SMITHFIELD, RHODE ISLAND AND FURTHER DESIGNATED AS CONDOMINIUM UNITS NUMBERS 2, 4, 5, 6 AND 7; AND | : | |
| ALL FUNDS IN CITIZEN BANK ACCOUNT NUMBER *********IN THE NAME OF TAREK WEHBE OF ******************************<br>******************************<br>Defendants | : | |

**ANSWER OF SUPERB BUILDERS, INC.**

Now comes Claimaint Superb Builders, Inc. and answers the Plaintiff's Verified Complaint for Forfeiture in Rem and states as follows:

NATURE OF ACTION

1. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. (a) Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   (b) Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   (c) Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   (d) Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   (e) Claimant admits that the legal description of the real property located at 15 Dennell Drive in Lincoln, Rhode Island contained in Plaintiff's Complaint is accurate, but denies that the property is owned by Elegant Homes.

3. Claimant states that Harry Zervas, as President of Superb Builders, Inc., has an interest in the Dennell Drive property. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

4. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## JURISDICTION AND VENUE

6. The allegations in this paragraph constitute a legal conclusion to which no response is necessary.

7. The allegations in this paragraph constitute a legal conclusion to which no response is necessary.

8. The allegations in this paragraph constitute a legal conclusion to which no response is necessary.

## BASIS FOR FORFEITURE

9. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## FACTS

10. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

11. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

13. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the Affidavit of Jason Rameaka, which is incorporated in Plaintiff's Complaint.

Superb Builders, Inc.,
By its Attorney,

/s/ *Matthew T. Oliverio*

Matthew T. Oliverio (#3372)
Julie P. Hamil (#6887)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 fax

Dated: May 15, 2008

**CERTIFICATION**

I hereby certify that the foregoing *ANSWER OF SUPERB BUILDERS, INC.* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 15th day of May, 2008.

Milind M. Shah
Assistant U.S. Attorney
milind.shah@usdoj.gov

/s/ *Matthew T. Oliverio*