UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : | |
| vs. | : | C.A. No. 08-125 ML |
| REAL PROPERTY LOCATED AT<br>1630 MINERAL SPRING AVENUE,<br>NORTH PROVIDENCE, RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT<br>566 EAST SHORE ROAD, JAMESTOWN,<br>RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT<br>6 PINE TREE LANE, LINCOLN,<br>RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT<br>78 FARNUM PIKE, SMITHFIELD, RHODE<br>ISLAND AND FURTHER DESIGNATED AS<br>CONDOMINIUM UNIT NUMBERS 2, 4, 5, 6<br>AND 7; AND | : | |
| ALL FUNDS IN CITIZENS BANK ACCOUNT<br>NUMBER ********* IN THE NAME OF TAREK<br>WEHBE OF * PINE TREE LANE, *******,<br>***** ******<br>Defendants. | : | |

**VERIFIED STATEMENT OF CLAIM OF THE WASHINGTON TRUST COMPANY**

As set forth below, Claimant, The Washington Trust Company ("Washington Trust"), has claims as an innocent mortgagee against certain of the real property the United States seeks to forfeit pursuant to the within action (the "Forfeiture Action") and therefore objects to the Forfeiture Action with respect to those properties to the extent of Washington Trust's interest therein.

## I. 1630 Mineral Spring Avenue, North Providence, Rhode Island

### A. $300,000.00 Term Note – Atlantis and Wehbe

1. Washington Trust is a Rhode Island financial institution with its principal place of business in Westerly, Rhode Island.

2. On or about August 17, 2005, Washington Trust made a loan to Atlantis Management, LLC ("Atlantis") and Tarek Wehbe ("Wehbe"), as co-makers, in the principal amount of Three Hundred Thousand Dollars ($300,000.00) (the "$300,000 Loan").

3. To evidence the $300,000 Loan, Atlantis and Wehbe executed and delivered to Washington Trust a Mortgage Note made payable to Washington Trust in the original principal amount of Three Hundred Thousand Dollars ($300,000.00) dated August 17, 2005 (the "$300,000 Note").

4. In connection with the $300,000 Note, Atlantis and Wehbe executed and delivered to Washington Trust a Loan Agreement, and Atlantis executed and delivered to Washington Trust a Mortgage Deed and Security Agreement (the "$300,000 Mortgage") and an Assignment of Leases and Rents, each dated August 17, 2005. True copies of the $300,000 Note and $300,000 Mortgage are attached as Exhibit A.

5. The $300,000 Loan is secured in part by real estate owned by Atlantis located at 1630 Mineral Spring Avenue, North Providence, Rhode Island (the "Mineral Spring Avenue Property") which is the subject of the Forfeiture Action.

6. The $300,000 Loan is in default by reason of, *inter alia*, the Forfeiture Action.

7. Washington Trust asserts a claim to the Mineral Spring Avenue Property pursuant to its first position mortgage on the Mineral Spring Avenue Property.

8. As of May 13, 2008, the outstanding principal balance plus accrued interest and costs totaled $308,305.76. Atlantis is responsible for interest accruing at the default rate of $95.06 *per diem* plus Washington Trust's fees and costs of collection and enforcement.

**B. $555,000.00 Demand Note/Revolving Loan Agreement – Atlantis and Wehbe**

9. On or about August 17, 2005, Washington Trust made a revolving loan to Atlantis and Wehbe, as co-makers, in the maximum principal amount of Five Hundred Fifty Five Thousand Dollars ($555,000.00) (the "$555,000 Loan").

10. To evidence the $555,000 Loan, Atlantis and Wehbe executed and delivered to Washington Trust a Demand Note made payable to Washington Trust in the face amount of Five Hundred Fifty Five Thousand Dollars ($555,000.00) dated August 17, 2005 (the "$555,000 Note").

11. In connection with the $555,000 Note, Atlantis and Wehbe executed and delivered to Washington Trust a Revolving Loan Agreement, and Atlantis executed and delivered to Washington Trust an Open-end Mortgage Deed and Security Agreement (the $555,000 Mortgage") and an Assignment of Leases and Rents, each dated August 17, 2005.

12. The $555,000 Loan is secured in part by the Mineral Spring Avenue Property.

13. On or about October 29, 2007, Wehbe and Atlantis entered into a Loan Modification Agreement with Washington Trust, the effect of which was to convert the revolving loan into a term note with a maturity date of August 17, 2012. True copies of the $555,000 Note, the $555,000 Mortgage and Loan Modification Agreement are attached as Exhibit B.

14. The $555,000 Loan is in default by reason of, *inter alia*, the Forfeiture Action.

15. Washington Trust asserts a claim to the Mineral Spring Avenue Property pursuant to its second position mortgage on the Mineral Spring Avenue Property.

16. As of May 13, 2008, the outstanding balance plus accrued interest and costs totaled $385,712.17. Atlantis is responsible for interest accruing at the default rate of $119.45 *per diem* plus Washington Trust's fees and costs of collection and enforcement.

## II. Units 2, 4, 5, 6 and 7 at 78 Farnum Pike, Smithfield, Rhode Island

### A. $500,000.00 Mortgage Note – Summerfield

17. On or about August 2, 2005, Washington Trust made a loan to Summerfield Estates, LLC ("Summerfield") in the original principal amount of Five Hundred Thousand Dollars ($500,000.00) (the "Summerfield Loan").

18. To evidence the Summerfield Loan, Summerfield executed and delivered to Washington Trust a Mortgage Note made payable to Washington Trust in the original principal amount of Five Hundred Thousand Dollars ($500,000.00) dated August 2, 2005 (the "Summerfield Note").

19. In connection with the Summerfield Note, Summerfield executed and delivered to Washington Trust a Loan Agreement, a Mortgage Deed and Security Agreement (the "Summerfield Mortgage") and an Assignment of Leases and Rents, each dated August 2, 2005, and a Condominium Agreement dated June 28, 2007. True copies of the Summerfield Note and the Summerfield Mortgage are attached as Exhibit C.

20. The Summerfield Loan is secured in part by real estate owned by Summerfield located at 78 Farnum Pike, Smithfield, Rhode Island, in particular Units 2, 4, 5, 6 and 7 (the "Farnum Pike Property").

21. The Summerfield Loan is in default by reason of, *inter alia*, the Forfeiture Action.

22. Washington Trust asserts a claim to the Farnum Pike Property pursuant to its first position mortgage on the Farnum Pike Property.

23. As of May 13, 2008, the outstanding balance plus accrued interest and costs totaled $263,187.26. Summerfield is responsible for interest accruing at the default rate of $81.37 *per diem* plus Washington Trust's fees and costs of collection and enforcement.

24. Through April 30, 2008, Washington Trust has incurred $24,136.36 in legal fees and costs related to collection and enforcement of the three Loan Agreements, $6,637.50 of which is allocable to the Farnum Pike Property based on the pro rata amount of the Summerfield Loan, and $17,498.86 of which is allocable to the Mineral Spring Avenue Property based on the pro rata amount of the two Atlantis loans.

THE WASHINGTON TRUST COMPANY
By its Attorneys,

/s/ *Gardner H. Palmer, Jr.*
Joseph M. DiOrio (#2616)
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903
401 632-0911
401 632-0751 (Fax)
jmdiorio@diorilaw.com
ghpalmer@diorilaw.com

Date: May 15, 2008

**VERIFICATION**

I have read the factual allegations set forth in the within Statement of Claim and have personal knowledge of the contents thereof and state that they are true, excepting those allegations stated upon information and belief, and as to those matters, they are true and correct to the best of my knowledge and belief.

Signed on May 14, 2008 under the pains and penalties of perjury.

Bethany A. Lyons
Assistant Vice President
The Washington Trust Company

## CERTIFICATE OF SERVICE

Milind M. Shah, Esq.
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

I hereby certify that, on the 15th day of May 2008, I caused a copy of the within Statement of Claim to be filed electronically and served on counsel of record, as noted above, using the CM /ECF system.

/s/ Gardner H. Palmer, Jr.