UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs. C.A. No. 08-125 ML

REAL PROPERTY LOCATED AT
1630 MINERAL SPRING AVENUE,
NORTH PROVIDENCE, RHODE ISLAND;

REAL PROPERTY LOCATED AT
566 EAST SHORE ROAD, JAMESTOWN,
RHODE ISLAND;

REAL PROPERTY LOCATED AT
6 PINE TREE LANE, LINCOLN,
RHODE ISLAND;

REAL PROPERTY LOCATED AT
78 FARNUM PIKE, SMITHFIELD, RHODE
ISLAND AND FURTHER DESIGNATED AS
CONDOMINIUM UNIT NUMBERS 2, 4, 5, 6
AND 7; AND

ALL FUNDS IN CITIZENS BANK ACCOUNT
NUMBER ********* IN THE NAME OF TAREK
WEHBE OF * PINE TREE LANE, *******,
***** ******

Defendants.

**ENTRY OF APPEARANCE AND DESIGNATION OF COUNSEL TO BE NOTICED**

Joseph M. DiOrio and the Law Office of Joseph M. DiOrio, Inc. hereby enter their appearance as counsel for claimant The Washington Trust Company.

Respectfully submitted:

/s/ Joseph M. DiOrio
Joseph M. DiOrio, Esq. (#2616)

Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, Rhode Island 02903
Phone: 401-632-0911
Fax: 401-632-0751
jmdiorio@dioriolaw.com

Dated: May 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008 I electronically filed the within Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

| | |
|---|---|
| Holly L. Ceritto | hceritto@mtclawfirm.com |
| Matthew Thomas Oliverio | mto@om-rilaw.com |
| Milind M. Shah | milind.shah@usdoj.gov; joan.maul@usdoj.gov, Karen.miszkiewicz@usdoj.gov, Linda.mazmanian@usdoj.gov, Lindsay.beltzer@usdoj.gov, nancy.a.diquinzio@usdoj.gov. |

/s/ Joseph M. DiOrio