UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>REAL PROPERTY LOCATED AT<br>1630 MINERAL SPRING AVENUE,<br>NORTH PROVIDENCE, RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>566 EAST SHORE ROAD, JAMESTOWN,<br>RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>6 PINE TREE LANE, LINCOLN,<br>RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>78 FARNUM PIKE, SMITHFIELD, RHODE<br>ISLAND AND FURTHER DESIGNATED AS<br>CONDOMINIUM UNIT NUMBERS 2, 4, 5, 6<br>AND 7; AND<br><br>ALL FUNDS IN CITIZENS BANK ACCOUNT<br>NUMBER ********* IN THE NAME OF TAREK<br>WEHBE OF * PINE TREE LANE, *******,<br>***** ******<br>Defendants. | C.A. No. 08-125 ML |

**ENTRY OF APPEARANCE**

I, Gardner H. Palmer, Jr., hereby enmter my appearance as counsel for Claimant The Washington Trust Company.

THE WASHINGTON TRUST COMPANY
By its Attorneys,

/s/ *Gardner H. Palmer, Jr.*
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.

10 Dorrance Street, Suite 1200
Providence, RI 02903
401 632-0911
401 632-0751 (Fax)
ghpalmer@dioriolaw.com

Date: May 15, 2008

**CERTIFICATE OF SERVICE**

Milind M. Shah, Esq.
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

I hereby certify that, on the 15th day of May 2008, I caused a copy of the within Entry of Appearance to be filed electronically and served on counsel of record, as noted above, using the CM /ECF system.

/s/ *Gardner H. Palmer, Jr.*