IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>REAL PROPERTY LOCATED AT<br>1630 MINERAL SPRING AVENUE,<br>NORTH PROVIDENCE, RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT 566<br>EAST SHORE ROAD, JAMESTOWN<br>RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>6 PINE TREE LANE, LINCOLN<br>RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>15 DENNELL DRIVE, LINCOLN,<br>RHODE ISLAND;<br><br>REAL PROPERTY LOCATED AT<br>78 FARNUM PIK, SMITHFIELD,<br>RHODE ISLAND AND FURTHER<br>DESIGNATED AS CONDOMINIUM<br>UNITS NUMBERS 2, 4, 5, 6 AND 7;<br>AND<br><br>ALL FUNDS IN CITIZEN BANK<br>ACCOUNT NUMBER *********IN<br>THE NAME OF TAREK WEHBE OF<br>******************************<br>******************************<br>Defendants | : | Civil Action No. 08-0125ML |

**AMENDED VERIFIED CLAIM**

Claimants Elegant Homes, LLC, Superb Builders, Inc. and Harry Zervas hereby submit this Amended Verified Claim in connection with the Complaint for Forfeiture Against Real Property filed by the Plaintiff on or about April 8, 2008 and state as follows:

1. Claimant Harry Zervas is an individual who resides in the State of Rhode Island and whose mailing address is 6 Red Brook Crossing, Lincoln, Rhode Island.

2. Claimant Superb Builders, Inc. is a corporation duly licensed and authorized to do business in the State of Rhode Island, and with a principal place of business located at 6 Red Brook Crossing, in Lincoln, Rhode Island.

3. Harry Zervas is the President of Superb Builders, Inc.

4. Claimant Elegant Homes, LLC is a limited liability company duly organized and authorized to do business in the State of Rhode Island.

5. Claimant Harry Zervas is one of the four original members of Elegant Homes, LLC.

6. The other three original members of Elegant Homes, LLC were Tarek Wehbe, Matilda Wehbe and Krzysztof Puzanowski.

7. In or around August 10, 2007, Krzysztof Puzanowski assigned all of his right, title and interest in Elegant Homes, LLC to Superb Builders, Inc.

8. In or around July 11, 2005, Superb Builders, Inc. and Summerfield Estates, LLC acquired certain real property located at 15 Dennell Drive in Lincoln, Rhode Island as Tenants in Common. Said property is further identified as: two certain tracts or parcels of land, located in the rear of the Comstock Farm, in the Town of Lincoln, County of Providence, State of Rhode Island, and bounded and described as follows:

> Two certain tracts or parcels of land, located in the rear of the Comstock Farm, in the Town of Lincoln, County of Providence, State of rhode Island, and bounded and described as follows: The first lot begins at the north-west corner of said lot, at a stone; a bound of land formerly owned by Mary Burgess, wife of Tristam Burgess; thence running S. 84 ½° E. and bounded northerly by land now or formerly of the State of Anthony Angell, thirty

six (36) rods, and twenty-two (22) links, to an old chestnut stump; thence running S. 86° E with said Angell land, four (4) roads, and eight (8) links, to a stone set in the ground; thence running S. 2° W., two (2) rods, to a corner of land formerly belonging to the Heirs of Joseph Whipple; thence running S. 16 ½ ° E., bounded easterly by said Whipple land; fourteen (14) rods, and five (5) links, to a corner of land formerly belonging to the Heirs of Nathaniel Angell; thence running S. 64° W., with said Angell land, to a stone bound at the corner of the above named Burgess land; thence running N. 20° W., bounded westerly by said Burgess land, about thirty-seven (37) rods to the point of beginning, and contains about five and ¾ (5-3/4) acres of land.

The second lot begins at a stone set in the ground at the south-west corner of the first tract hereinbefore described; thence running S. 64° W., twenty-two (22) rods, then ten (10) links, to stake and stones; thence running westerly about five hundred ninety (590) feet to a stone at the south-west corner of this lot; thence running N. 4° E., twenty one (21) rods and twenty-six (26) links, to a stone; thence running N. 36° E., nine and ½ (9-1/2) rods to a stone; thence running N. 4° E., three (3) and ten (10) links, to a stone at the north-west corner of the first tract hereinbefore described; thence running southerly bounded easterly by said first tract, about thirty-seven (37) rods to the point of beginning, and contains about twelve and ¼ (12-1/4) Acres of land.

Also, certain triangular tract of land, lying westerly from the Louisquisset Pike in the Town of Lincoln, County of Providence, in the State of Rhode Island, and is bounded and described as follows:

Beginning at the northeasterly corner of the within described land at a stone, and being a corner of land now or lately of Anna B. Comstock and land now or formerly of Jennie Cimini; thence S. 65° E. bounding northeasterly by land now or lately of Anna B. Comstock and land now or lately of Jennie Cimini, five hundred and thirty-two (532) feet to an iron pope in the ground; thence N. 88° W. bounding southerly by land now or lately of Jennie Cimini four hundred and thirty-eight (438) feet to an iron pope set in the ground at the southeasterly corner of land not or lately of Jennie Cimini; thence N. 12° E. two hundred and thirty (230) feet to the place of beginning and containing 1.13 acres, more or less.

Excluding from the above parcels the premises conveyed by Albina Lems to Daniel J. Sullivan Jr. and Kathleen M. Sullivan by deed dated September 15, 1993 and recorded in Book 386 at Page 83.
(hereinafter, "the Property").

9. Upon information and belief, Summerfield Estates, LLC is a Rhode Island limited liability company.

10. Upon information and belief, Dr. Tarek Wehbe is a member of Summerfield Estates, LLC.

11. Neither Superb Builders, Inc. nor its President, Harry Zervas are members of Summerfield Estates, LLC.

12. Dr. Tarek Wehbe is not an officer, member, manager, shareholder or employee of Superb Builders, Inc.

13. On or about November 9, 2005 Summerfield Estates, LLC and Superb Builders, Inc. transferred the Property to Elegant Homes, LLC via Quitclaim Deed.

14. Harry Zervas, as a member of Elegant Homes, LLC is entitled to one half of all of the assets and/or proceeds of Elegant Homes, LLC.

WHEREFORE, Claimants Elegant Homes, LLC, Superb Builders, Inc. and Harry Zervas hereby submit this claim for their share of the subject real property.

Elegant Homes, LLC, Superb Builders, Inc., and
Harry Zervas
By their Attorneys,

*/s/ Matthew T. Oliverio*

Matthew T. Oliverio (#3372)
Julie P. Hamil (#6887)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 20, 2008

VERIFICATION

I, Harry Zervas, both individually and as a member of Elegant Homes, LLC and as President of Superb Builders, Inc., under the pains and penalties of perjury, verify that the allegations set forth in this Verified Claim are true and accurate based on my best information, understanding and belief.

Harry Zervas

**CERTIFICATION**

I hereby certify that the foregoing *AMENDED VERIFIED CLAIM* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 21st day of May, 2008.

Milind M. Shah
Assistant U.S. Attorney
milind.shah@usdoj.gov

*/s/ Matthew T. Oliverio*