IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | : | |
| v. | : | Civil Action No. 08-0125ML |
| REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT 566 EAST SHORE ROAD, JAMESTOWN RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT 6 PINE TREE LANE, LINCOLN RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT 15 DENNELL DRIVE, LINCOLN, RHODE ISLAND; | : | |
| REAL PROPERTY LOCATED AT 78 FARNUM PIK, SMITHFIELD, RHODE ISLAND AND FURTHER DESIGNATED AS CONDOMINIUM UNITS NUMBERS 2, 4, 5, 6 AND 7; AND | : | |
| ALL FUNDS IN CITIZEN BANK ACCOUNT NUMBER *********IN THE NAME OF TAREK WEHBE OF ******************************<br>******************************<br>Defendants | : | |

**AMENDED ANSWER**

Now come Claimaints Elegant Homes, LLC, Superb Builders, Inc. and Harry Zervas and answer the Plaintiff's Verified Complaint for Forfeiture in Rem and state as follows:

NATURE OF ACTION

1. Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. (a) Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   (b) Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   (c) Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   (d) Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

   (e) Claimants admit the allegations contained in this paragraph.

3. Claimants admit that Harry Zervas has an interest in the Dennell Drive property. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

4. Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## JURISDICTION AND VENUE

6. The allegations in this paragraph constitute a legal conclusion to which no response is necessary.

7. The allegations in this paragraph constitute a legal conclusion to which no response is necessary.

8. The allegations in this paragraph constitute a legal conclusion to which no response is necessary.

## BASIS FOR FORFEITURE

9. Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## FACTS

10. Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

11. Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12. Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

13. Claimants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the Affidavit of Jason Rameaka, which is incorporated in Plaintiff's Complaint.

Elegant Homes, LLC, Superb Builders, Inc. and Harry Zervas
By their Attorneys,

/s/ *Matthew T. Oliverio*

Matthew T. Oliverio (#3372)
Julie P. Hamil (#6887)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 fax

Dated: May 21, 2008

**CERTIFICATION**

I hereby certify that the foregoing *AMENDED ANSWER* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 21st day of May, 2008.

Milind M. Shah
Assistant U.S. Attorney
milind.shah@usdoj.gov

/s/ *Matthew T. Oliverio*