IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff
v.
REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND;
ET AL.
Defendants

Civil Action No. 08-0125ML

UNITED STATES OF AMERICA
Plaintiff
v.
REAL PROPERTY LOCATED AT 288 MIDDLE ROAD, EAST GREENWICH, RHODE ISLAND;
ET AL.
Defendants

Civil Action No. 08-147ML

**WRIT OF ENTRY**

The United States, having filed a verified Complaints for Forfeiture in Rem in both above-captioned matters against the defendant properties whose legal descriptions are attached as Attachment A; and

The United States having not requested authority to seize the defendant real property at this time but having stated that it has posted notice of the Complaint for Forfeiture In Rem on the defendant real property and served notice of this action and a copy of the Complaint on the owner of the defendant real property under 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter the defendant real properties,

including any structures, for the purpose of conducting an appraisal, inspection, and inventory of the defendant real properties;

It is hereby ORDERED that the United States Marshals Service or its designee and the U.S. Department of Treasury or its designee are hereby authorized

1. to enter the defendant real property, including any structures, on one or more occasions during the pendency of this in rem forfeiture action against the defendant real property, for the purpose of conducting an inspection and inventory and appraisal of the defendant real property, and
2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography, and
3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography, and
4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

Mary M. Lisi
The Honorable Mary M. Lisi, Chief Judge
U.S. District Court for the District of Rhode Island

Dated: June 4, 2008