08 95

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

VS C. A. NO. 08-125ML

REAL PROPERTY LOCATED AT
1630 MINERAL SPRING AVENUE,
NORTH PROVIDENCE RHODE ISLAND,
ET AL

**ENTRY OF APPEARANCE**

I hereby enter my appearance for Citizens Bank, Citizens Mortgage Corporation and Citizens Bank of Rhode Island.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

CERTIFICATION

I hereby certify that I have electronically served the above notice to counsel as listed below:

TO Milind M. Shah, Esq. milind.shah@usdoi.gov

Dated: June 16, 2008 /s/ Thomas C. Plunkett