08 95

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

VS C. A. NO. 08-125ML

REAL PROPERTY LOCATED AT
1630 MINERAL SPRING AVENUE,
NORTH PROVIDENCE RHODE ISLAND,
ET AL

**ANSWER OF CITIZENS BANK**

The defendant, Citizens Bank, for answer to the plaintiff's Verified Complaint for Forfeiture in Rem hereby states as follows:

Said defendant neither admits nor denies the allegations contained in paragraphs 1, 2, 4, 5, 6, 8, 10, 11 and 13.

Said defendant admits the allegations contained in paragraph 3 that Citizens Mortgage Corporation and Citizens Bank of Rhode Island have an interest in the defendant properties but denies the remaining allegations in paragraph 3.

Said defendant denies the allegations contained in paragraphs 7, 9 and 12.

/s/

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

CERTIFICATION

I hereby certify that I have electronically served the above notice to counsel as listed below:

TO Milind M. Shah, Esq. milind.shah@usdoi.gov

Dated: June 16, 2008 /s/ Thomas C. Plunkett