UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND, et al.<br>Defendants | C.A. No. 08-125-ML |

**CLAIM BY NAVIGANT CREDIT UNION**

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Navigant Credit Union ("Navigant"), f/k/a Credit Union Central Falls, hereby makes the following Claim in this proceeding:

1. Navigant is a Rhode Island credit union, with its principal place of business in Smithfield, Rhode Island.

2. On or about November 15, 2005, Navigant in good faith made a loan to Elegant Homes LLC in the principal amount of $800,000.00 (the "Loan").

3. The Loan was evidenced by Elegant Homes LLC's Promissory Note (as amended, the "Note") in the principal amount of $800,000.00. True and accurate copies of the Note, with all amendments, are collectively attached hereto as Exhibit A.

4. As of July 2, 2008, the outstanding balance of the Note (exclusive of attorneys' fees and expenses) is as follows:

| | |
|---|---|
| Principal | $ 800,000.00 |
| Interest | 3,022.23 |
| Accrued but unpaid modification fee | 4,000.00 |
| Appraisal fee | 500.00 |
| Total | $ 807,522.23 |

Interest continues to accrue at the present rate of $177.78 per day.

5. As security for the Note, on or about November 15, 2005, Elegant Homes LLC executed and delivered to Navigant a Mortgage, Security Agreement, Assignment of Leases and Rents, and Financing Statement (the "Mortgage") upon Elegant Homes LLC's real property, commonly known as 15 Dennell Drive, Lincoln, Rhode Island, and more particularly described in the Mortgage (all such real property and other tangible and intangible personal property described in the Mortgage, including all proceeds thereof, is hereinafter referred to as the "Collateral"). A true and accurate copy of the Mortgage is attached hereto as Exhibit B. Navigant acquired the Mortgage in good faith.

6. Navigant's Mortgage was duly recorded with the Land Evidence Records for the Town of Lincoln on November 15, 2005 at 9:07 a.m. in Book 1302 at Page 96.

7. No outstanding mortgages, attachments, executions, liens, or other encumbrances were recorded prior to Navigant's Mortgage. Therefore, Navigant's Mortgage constitutes a valid and perfected first mortgage upon the Collateral. R.I. Gen. Laws §34-13-2.

8. Navigant perfected its security interest in personal property Collateral by filing a UCC-1 financing statement with the Rhode Island Secretary of State on November 16, 2005 as

the UCC-1 Financing Statement is attached hereto as Exhibit C.

9. There are no UCC-1 financing statements of record against the Collateral, other than Navigant's UCC-1 Financing Statement. Therefore, Navigant's security interest constitutes a valid and perfected first-priority security interest. R.I. Gen. Laws § 6A-9-322(a).

10. Navigant is a bona fide purchaser for value of all of the right, title and interest in the Collateral.

11. At the time of Navigant's said purchase, Navigant was reasonably without cause to believe that the Collateral was subject to forfeiture. Further, at said time, Navigant had neither knowledge nor any cause to believe that Mr. Wehbe had committed any crime.

12. Navigant reserves the right to amend or supplement this Claim.

13. There are no defenses, set-offs, counterclaims, or recoupments to Navigant's Claim.

Pursuant to 28 U.S.C. § 1746, in Providence, Rhode Island, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Navigant Credit Union

By______________________________
Jeffrey P. Cascione, Vice President

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Holly L. Ceritto hceritto@mtclawfirm.com

Matthew Thomas Oliverio mto@om-rilaw.com

Gardner H. Palmer , Jr ghpalmer@dioriolaw.com

Thomas C. Plunkett tplunkett@kprlaw.com, info@kprlaw.com

Milind M Shah milind.shah@usdoj.gov, joan.maul@usdoj.gov, karen.miszkiewicz@usdoj.gov, linda.mazmanian@usdoj.gov, lindsay.beltzer@usdoj.gov, nancy.a.diquinzio@usdoj.gov

Joseph Raheb, Esq., jr@raheblaw.com

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document electronically filed with the Court to the following non-CM/ECF participants:

Joseph Raheb, Esq.
650 Washington Street
Lincoln, RI 02865

*/s/ Thomas S. Hemmendinger*