IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND; ET AL.<br>Defendants | Civil Action No. 08-0125ML |

**MOTION TO DISMISS DEFENDANT 78 FARNUM PIKE**

Plaintiff United States of America ("Government") moves the Court for an order, in the form attached, dismissing Defendant Real Property Located at 78 Farnum Pike, Smithfield, Rhode Island and Further Designated as Condominium Unites Numbers 2, 4, 5, 6, and 7 (hereinafter "78 Farnum Pike"). 78 Farnum Pike is legally described as the aforementioned condominium units at

> That certain lot or parcel of land with all the buildings and improvements thereon situated on the southwesterly side of Farnum Pike and on the northwesterly side of Wolf Hill Road in the town of Smithfield, County of Providence, and State of Rhode Island, bounded and described as follows;
>
> Beginning at the easterly corner of said lot at the westerly corner of said Farnum Pike and Wolf Hill Road; thence southwesterly bounding southwesterly on said Wolf Hill Road about 103.8 feet to land now or lately of St. Michael's Church, Georgiaville, Rhode Island; thence northwesterly bounding southwesterly on the last named land about 121 feet to a corner; thence northeasterly bounding northwesterly on other land now or lately of St. Michael's Church, Geogiaville, Rhode Island about 103.8 feet to said Farnum Pike; thence southwesterly bounding northeasterly on said Farnum Pike about 113 feet to Wolf Hill Road at the point and place of beginning.

After commencing this forfeiture action, the Government retained an appraiser to assess the value of 78 Farnum Pike and consulted with the United States Marshal Service and Department of Treasury to assess costs associated with maintenance and management of

78 Farnum Pike. The Government also consulted with real estate brokers to assess the likelihood of selling 78 Farnum Pike at or above the appraisal value. The Government concludes that there is insufficient equity in 78 Farnum Pike to warrant forfeiture. The Government is also aware that Claimant Washington Trust holds a mortgage note on 78 Farnum Pike and seeks to exercise its foreclosure rights due to the mortgagee's failure to stay current on the mortgage loan.

In light of the insufficient equity, the Government respectfully requests that the Court dismiss 78 Farnum Pike as a defendant in the above captioned matter.

Respectfully submitted,

UNITED STATE OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July 2008, I electronically filed the above Motion with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. Counsel for all claimants of record have received electronic notice.

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney