IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND; ET AL.<br>Defendants | Civil Action No. 08-0125ML |

**ORDER**

In light of Plaintiff United States of America's Motion to Dismiss Defendant Real Property Located at 78 Farnum Pike, Smithfield, Rhode Island and Further Designated as Condominium Unites Numbers 2, 4, 5, 6, and 7 (hereinafter "78 Farnum Pike"), it is hereby ORDERED that (1) Defendant 78 Farnum Pike is dismissed from the above-captioned matter and (2) any authority granted by the Court to the United States Marshal Service and Department of Treasury to maintain or otherwise preserve 78 Farnum Pike for forfeiture is withdrawn, except as reasonably necessary to transition within ten days of the date of this order management of 78 Farnum Pike to Claimant Washington Trust, if it initiates foreclosure proceedings.

SO ORDERED,

______________________