UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff : | |
| vs. : | C.A. No. 08-125 ML |
| REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND; : | |
| REAL PROPERTY LOCATED AT 566 EAST SHORE ROAD, JAMESTOWN, RHODE ISLAND; : | |
| REAL PROPERTY LOCATED AT 6 PINE TREE LANE, LINCOLN, RHODE ISLAND; : | |
| REAL PROPERTY LOCATED AT 78 FARNUM PIKE, SMITHFIELD, RHODE ISLAND AND FURTHER DESIGNATED AS CONDOMINIUM UNIT NUMBERS 2, 4, 5, 6 AND 7; AND : | |
| ALL FUNDS IN CITIZENS BANK ACCOUNT NUMBER ********* IN THE NAME OF TAREK WEHBE OF * PINE TREE LANE, *******, ***** ****** : | |
| Defendants. : | |

**WASHINGTON TRUST'S RESPONSE TO**
**PLAINTIFF'S MOTION TO DISMISS DEFENDANT 78 FARNUM PIKE**

Claimant, The Washington Trust Company ("Washington Trust"), submits its response to Plaintiff's Motion to Dismiss Defendant 78 Farnum Pike.

Washington Trust does not object to Plaintiff's Motion to Dismiss Defendant 78 Farnum Pike.

THE WASHINGTON TRUST COMPANY
By its Attorneys,

*/s/ Joseph M. DiOrio*
Joseph M. DiOrio (#2616)
James G. Atchison (#7682)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903
401 632-0911
401 632-0751 (Fax)
jmdiorio@diorolaw.com
jgatchison@dioriolaw.com

Date: July 23, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 23rd day of July 2008, I caused a copy of the within Response to Plaintiff's Motion to Dismiss Defendant 78 Farnum Pike to be filed electronically and served on counsel of record, as noted above, using the CM /ECF system.

*/s/ James G. Atchison*