UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CA NO: 08-00125 ML-LDA

REAL PROPERTY LOCATED AT
1630 MINERAL SPRING AVENUE, ET AL
(INCLUDING REAL PROPERTY LOCATED AT
6 PINE TREE LANE, LINCOLN, RHODE ISLAND)

**Motion of Honda Lease Trust for Access to 6 Pine Tree lane, Lincoln, RI for the Limited Purpose of Recovering its Automobile**

Now comes, Sherry A. Goldin of the law firm of Goldin & Tutalo, of Providence Rhode Island and hereby enters her appearance on behalf of Honda Lease Trust ("Movant") for the limited purpose of moving this Honorable Court to issue an Order directing the United States Marshal Service to grant Movant access and entry to the premises for the sole purpose of recovering possession of its Automobile as set forth below and as supported by the affidavit attached hereto and made a part hereof.:

1. On or about January 14, 2008, Mathilda and Tarek W. Wehbe, (hereinafter "Wehbe") entered into a Lease Agreement with Majestic Motors Inc. of Lincoln, RI (hereinafter the "Agreement") for the lease of a 2008 Honda Pilot, VIN # 5FNYF18708B027222 (hereinafter the "Automobile") listed in the Agreement. A copy of the Agreement is attached to Movant's Verified Claim and is incorporated herein by reference. The Lease was duly assigned to Movant.

2. That the lease payments due for the Automobile did in fact become and are now delinquent and have been past due for more than 100 days.

3. That a family member of Wehbe contacted Movant and advised that 1) the Automobile is currently located in the garage located at 6 Pine Tree Lane, Lincoln, Rhode Island (the "Premises"), a property subject to the above captioned matter, and 2) Wehbe had left the

country and had no intentions of returning. Upon information and belief family members have keys to the premises but will not open the property for Movant without written permission from the United States Attorneys Office, which permission will not be forthcoming.

4. Wehbe does not own the Automobile and has no defenses to repossession.

5. That Movant is the rightful owner of the Automobile and is entitled to immediate possession; Plaintiff has no interest in the Automobile and is unlikely to object to this motion.

6. The Movant has mailed notice as required by RIGL §6-51-3 prior to recovery of possession. (See Exhibit C) but has been unable to gain access to the premises.

7. That the Automobile is rapidly depreciating and Movant has been unable to gain access to the premises to recover the Automobile as the United States Marshal Service has been ordered to maintain and preserve the Premises.

8. Immediate return of the Automobile to the Movant party will prevent further deterioration and wear and tear of the Automobile and will prevent unjust enrichment.

Wherefore, Movant prays this Honorable Court order and authorize the United States Marshal Service or its designee to immediately grant access and entry to Movant or its agent for the limited purpose of recovering possession of that certain 2008 Honda Pilot, VIN # 5FNYF18708B027222 and such other relief as this Court deems just. Proposed Order and Writ are attached hereto.

Honda Lease Trust
By its Attorneys,

Sherry A. Goldin, Esq., #3244
Goldin & Tutalo
10 Weybosset Street, Suite 901
Providence, RI 02903
(401) 861-7400, x 74
(401) 861-0954 fax

CERTIFICATION

I hereby certify the foregoing Motion, Affidavit/Verified Claim and Exhibits were electronically filed with the United States District Court for the District of Rhode Island and is available for viewing and downloading in the electronic case filing system. The following attorneys received service by electronic means:

Milind M. Shah
Milind.shah@usdoj.gov

Thomas C. Plunkett
tplunkett@kprlaw.com

Holly L. Ceritto
hceritto@mtclawfirm.com

Matthew T. Oliverio
mto@om-rilaw.com

Joseph M. DiOrio
jmdiorio@dioriolaw.com

UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CA NO: 08-00125 ML-LDA

REAL PROPERTY LOCATED AT
1630 MINERAL SPRING AVENUE, ET AL
(INCLUDING REAL PROPERTY LOCATED AT
6 PINE TREE LANE, LINCOLN, RHODE ISLAND)

**ORDER**

On , 2008 this matter came to be heard on the Motion of Honda Lease Trust for access to 6 Pine Tree Lane, Lincoln, Rhode Island for the limited purpose of recovering its automobile. After hearing the motion, having been no objection, it is hereby

**O R D E R E D:**

1. That Movant's motion is hereby granted;

2. That the United States Marshals Service or its designee shall immediately and continue to grant Movant or its agent access and entry to the house and garage of the Premises located at 6 Pine Tree Lane for the sole purpose of searching for and recovering possession of Movant's 2008 Honda Pilot, VIN # 5FNYF18708B027222 and permit Movant to bring such vehicles and/or equipment Movant deems necessary to accomplish same onto the Premises, at such time or times reasonably agreed to by Movant and the Marshals.

3. That the United States Marshals Service shall release unto Movant that certain 2008 Honda Pilot, VIN # 5FNYF18708B027222; and

4. That a Writ shall be issued in substantially the form attached hereto directing the United States Marshals Service or its designees to immediately comply with this Order.

Entered as an Order of this Court this day of , 2008.

______________________________

The Honorable Mary M. Lisi, Chief Judge
United States District Court
District of Rhode Island

Order presented by:

Sherry A. Goldin, #3244
GOLDIN & TUTALO
10 Weybosset Street, Suite 901
Providence, RI 02903
(401) 861-7400 Ext. 74
(401) 861-0954

UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CA NO: 08-00125 ML-LDA

REAL PROPERTY LOCATED AT
1630 MINERAL SPRING AVENUE, ET AL
(INCLUDING REAL PROPERTY LOCATED AT
6 PINE TREE LANE, LINCOLN, RHODE ISLAND)

**WRIT**

**TO: United States Marshals Services and/or its Designee**

**By this Writ You are hereby Ordered and Authorized as follows:**

1. That the United States Marshals Service or its designee shall, within no more than 10 days from the date of this Writ or as soon thereafter as is reasonably practicable:

a) Enter the Premises, or authorize such persons who have keys to the premises to so enter the Premises, and take all reasonably necessary measures to grant Movant or its agent access and entry to the house and garage and other structures located on the Premises located at 6 Pine Tree Lane for the sole purpose of searching for and recovering possession of Movant's 2008 Honda Pilot, VIN # 5FNYF18708B027222; and

b) Permit Movant to bring such vehicles and/or equipment Movant deems necessary and appropriate to recover possession of Movant's 2008 Honda Pilot, VIN # 5FNYF18708B027222 onto the Premises, at such time or times reasonable agreed to by Movant and the United States Marshals Service.

3. That the United States Marshals Service or its designee shall release unto Movant that certain 2008 Honda Pilot, VIN # 5FNYF18708B027222; and

4. That the United States Marshals Service or its designee may, at its option, be accompanied by federal, state or local law enforcement it deems necessary to keep the peace and ensure safety while carrying out this Writ.

______________________________
The Honorable Mary M. Lisi, Chief Judge
United States District Court
District of Rhode Island