UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND, et al<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 08-125-ml |

**CLAIM BY CITIZENS BANK OF RHODE ISLAND**

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Citizens Bank of Rhode Island ("Citizens") hereby makes the following Claim;

1. Citizens is a banking institution with a principal place of business in Rhode Island.

2. On or about August 11, 2007, Citizens in good faith granted a line of credit to Tarek Wehbe, a/k/a Tarek W. Wehbe and Mathilda J. Wehbe, a/k/a Mathilde J. Wehbe in the amount of $1,000,000.

3. The loan was evidenced by a Promissory Note executed by the Wehbes in the principal amount of $1,000,000. A copy of the note ("Note") with all attachments is attached hereto as Exhibit A.

4. As of July 7, 2008, the outstanding balance of the Note (exclusive of attorneys fees and expenses) is principal of $950,552.10 and interest of $4,650.69 for a total of $955,501.79 . Interest continues to accrue at the present rate of 3.99 per day.

5. As security for the Note, Tarek Wehbe and Mathilde Wehbe executed and delivered to Citizens a mortgage on August 11, 2007 upon property located on East Shore Road in Jamestown, Rhode Island, which in part is the subject of this action. A true copy of the mortgage and attachments is attached hereto as Exhibit B.

6. Citizens' mortgage was subsequently duly recorded with the Land Evidence Records for the Town of Jamestown.

7. Citizens' mortgage constitutes a valid mortgage upon the real estate.

8. There are no defenses, set-offs, counterclaims or recoupments to Citizens claim to the knowledge of Citizens.

CITIZENS BANK OF RHODE ISLAND

By [signature]

Gail Bergantino

[signature]
Notary Public
Kevin Elliot
My Commission Expires: 04/10/2010

**CERTIFICATION OF SERVICE**

I hereby certify that July 24, 2008, I electronically filed the foregoing document with the Clerk of U.S. District Court for the District of Rhode Island using the CM/ECF System. The following participants have received this notice electronically.

Holly L. Ceritto hceritto@mtclawfirm.com

Matthew Thomas Oliverio mto@om-rilaw.com

Gardner M. Palmer, Jr. ghpalmer@dioriolaw.com

Milind M. Shah milind.shah@usdoj.gov,

Joseph Raheb jr@raheblaw.com

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document electronically filed with the Court to the following non CM/ECF participants:

Joseph Raheb, Esq.
650 Washington Street
Lincoln, Rhode Island 02865

*/s/ Thomas Plunkett*