UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CA NO: 08-00125 ML-LDA

REAL PROPERTY LOCATED AT
1630 MINERAL SPRING AVENUE, ET AL
(INCLUDING REAL PROPERTY LOCATED AT
6 PINE TREE LANE, LINCOLN, RHODE ISLAND)

**ORDER**

On July 28, 2008 this matter came to be heard on the Motion of Honda Lease Trust for access to 6 Pine Tree Lane, Lincoln, Rhode Island for the limited purpose of recovering its automobile. After hearing the motion, having been no objection, it is hereby

**O R D E R E D:**

1. That Movant's motion is hereby granted;

2. That the United States Marshals Service or its designee shall immediately and continue to grant Movant or its agent access and entry to the house and garage of the Premises located at 6 Pine Tree Lane for the sole purpose of searching for and recovering possession of Movant's 2008 Honda Pilot, VIN # 5FNYF18708B027222 and permit Movant to bring such vehicles and/or equipment Movant deems necessary to accomplish same onto the Premises, at such time or times reasonably agreed to by Movant and the Marshals.

3. That the United States Marshals Service shall release unto Movant that certain 2008 Honda Pilot, VIN # 5FNYF18708B027222; and

4. That a Writ shall be issued in substantially the form attached hereto directing the United States Marshals Service or its designees to immediately comply with this Order.

Entered as an Order of this Court this 25th day of July, 2008.

Mary M. Lisi
The Honorable Mary M. Lisi, Chief Judge
United States District Court
District of Rhode Island

Order presented by:

Sherry A. Goldin, #3244
GOLDIN & TUTALO
10 Weybosset Street, Suite 901
Providence, RI 02903
(401) 861-7400 Ext. 74
(401) 861-0954