UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CA NO: 08-00125 ML-LDA

REAL PROPERTY LOCATED AT
1630 MINERAL SPRING AVENUE, ET AL
(INCLUDING REAL PROPERTY LOCATED AT
6 PINE TREE LANE, LINCOLN, RHODE ISLAND)

**WRIT**

**TO: United States Marshals Services and/or its Designee**

**By this Writ You are hereby Ordered and Authorized as follows:**

1. That the United States Marshals Service or its designee shall, within no more than 10 days from the date of this Writ or as soon thereafter as is reasonably practicable:

a) Enter the Premises, or authorize such persons who have keys to the premises to so enter the Premises, and take all reasonably necessary measures to grant Movant or its agent access and entry to the house and garage and other structures located on the Premises located at 6 Pine Tree Lane for the sole purpose of searching for and recovering possession of Movant's 2008 Honda Pilot, VIN # 5FNYF18708B027222; and

b) Permit Movant to bring such vehicles and/or equipment Movant deems necessary and appropriate to recover possession of Movant's 2008 Honda Pilot, VIN # 5FNYF18708B027222 onto the Premises, at such time or times reasonable agreed to by Movant and the United States Marshals Service.

3. That the United States Marshals Service or its designee shall release unto Movant that certain 2008 Honda Pilot, VIN # 5FNYF18708B027222; and

4. That the United States Marshals Service or its designee may, at its option, be accompanied by federal, state or local law enforcement it deems necessary to keep the peace and ensure safety while carrying out this Writ.

Mary M. Lisi

The Honorable Mary M. Lisi, Chief Judge
United States District Court
District of Rhode Island July 28, 2008