IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND; ET AL.<br>Defendants | Civil Action No. 08-0125ML |

**MOTION TO DISMISS DEFENDANT 1630 MINERAL SPRING**

Plaintiff United States of America ("Government") moves the Court for an order, in the form attached, dismissing Defendant Real Property Located at 1630 Mineral Spring Avenue, North Providence, Rhode Island (hereinafter "1630 Mineral Spring"). The sole claimant of record, Washington Trust, has no objection to dismissing 1630 Mineral Spring or to the proposed order.

1630 Mineral Spring is legally described as the aforementioned condominium units at

> Those six (6) certain lots or parcels of land with all buildings and Improvements thereon situated on the southerly side of Mineral Spring Avenue and the northerly side of Swanee Street in the Town of North Providence, County of Providence, State of Rhode Island laid out and designated as Lots Nos. 153 (one hundred fifty-three), 154 (one hundred fifty-four), 155 (one hundred fifty-five), 164 (one hundred sixty-four), 165 (one hundred sixty-five), 166 (one hundred sixty-six) on that plat entitled "Wilbur Highlands North Providence, Rhode Island owned by J.W. Wilbur July 1st, 1908 Scale 60 FT = 1 IN A.L. Eliot, C.E." which plat is recorded in the Office of the Town Clerk of said Town of North Providence on Plat Card 75.

After commencing this forfeiture action, the Government retained an appraiser to assess the value of 1630 Mineral Spring and consulted with the United States Marshal Service to assess costs associated with maintenance and management of 1630 Mineral Spring. The Government also consulted with real estate brokers to assess the likelihood of selling 1630

Mineral Spring at or above the appraisal value. The Government concludes that there is insufficient equity in 1630 Mineral Spring to warrant forfeiture. The Government is also aware that Claimant Washington Trust holds a mortgage note on 1630 Mineral Spring and seeks to exercise its rights due to the mortgagee's failure to stay current on the mortgage loan.

In light of the insufficient equity, the Government respectfully requests that the Court dismiss 1630 Mineral Spring as a defendant in the above-captioned matter.

Respectfully submitted,

UNITED STATE OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2008, I electronically filed the above Motion with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. Counsel for all claimants of record have received electronic notice.

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney