IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>REAL PROPERTY LOCATED AT 1630 MINERAL SPRING AVENUE, NORTH PROVIDENCE, RHODE ISLAND; ET AL.<br>Defendants | Civil Action No. 08-0125ML |

**ORDER**

In light of Plaintiff United States of America's Motion to Dismiss Defendant Real Property Located at 1630 Mineral Spring Avenue, North Providence, Rhode Island (hereinafter "1630 Mineral Spring"), it is hereby ORDERED that (1) Defendant 1630 Mineral Spring is dismissed from the above-captioned matter and (2) any authority granted by the Court to the United States Marshal Service and Department of Treasury to maintain or otherwise preserve 1630 Mineral Spring for forfeiture is withdrawn, except as reasonably necessary to transition within ten days of the date of this order management of 1630 Mineral Spring to Claimant Washington Trust, if it initiates foreclosure proceedings.

BY ORDER:

______________________________

ENTER:

______________________________

MARY M. LISI
Chief Judge, United States District Court
for the District of Rhode Island